# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00022-CV

**Kevin Newsom, Individually and as Guardian and Next Friend
of L.W.N., C.G.N., and C.J.N., Minors, Appellant**

**v.**

**Ballinger Independent School District, Appellee**

**FROM THE DISTRICT COURT OF RUNNELS COUNTY, 119TH JUDICIAL DISTRICT
NO. 13,810, HONORABLE BEN WOODWARD, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

This appeal concerns a dispute arising out of a workers' compensation claim. Appellant's counsel has filed notice advising the Court of a potential conflict between appellant Kevin Newsom and his three minor children, whom counsel also represents. The source of the potential conflict is Newsom's position as an elected member of the school board for appellee Ballinger Independent School District.

After reviewing counsel's notice and the response thereto, we abate this appeal for thirty days or until May 14, 2007, and we remand this cause to the trial court to conduct a hearing to determine whether an actual conflict exists between Newsom and his three minor children.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Abated

Filed:   April 13, 2007